UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61353-CIV-DIMITROULEAS

JAMES BAVING,

    Plaintiff,

vs.

ADVANCED CREDIT RECOVERY, INC.,

    Defendant.
_____/

**FINAL JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Motion for Final Default Judgment [DE-9], filed herein on November 4, 2010.  Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Final Default Judgment [DE-9] is hereby **GRANTED**;

2. Judgment is hereby entered in favor of Plaintiff, James Baving, and against Defendant, Advanced Credit Recovery, Inc., in the amount of $2,000.00 in statutory damages, plus attorneys' fees and costs in the amount of $2,495.00.

3. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of December, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Advanced Credit Recovery
R/A NRAI Services, Inc.
2731 Executive Park Drive, Suite 4
Weston, FL 33331